# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF NEW YORK

United States of America

NOTICE OF APPEARANCE

-v-

Dimitrios Argyros
Defendant.

Docket Number: 17 MJ 321

Judge: C. Pollack

Date: 4/17/17

PLEASE NOTICE, that I have been RETAINED by Dimitrios Argyros the above named defendant. I was admitted to practice in this district on EDNY.

Signature: [signed]

Print Name: Laura A. Brevetti

Bar Code: ~~130886~~ (LB8935)

Office Address: 430 Park Ave, 6th Fl
NY NY 10022

Telephone #: (212) 735-8599

*** NOTICE TO ATTORNEY***

\*\*Bar Code - The attorney's initials and last four digits of the social security number must appear on all pleading.

\*\*Within 20 days you must submit to the Clerk of the Court a good standing certificate from at least one of the states in which you are admitted to practice. (See amended Rule 1 of the joint Crminal Rules of the Eastern and Southern Districts of New York.)